UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| KEVIN G. CLASEMAN, Plaintiff, | ) | Civil No. 00-1199 JRT/FLN |
| v. | ) | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| FORTIS BENEFITS INSURANCE COMPANY, Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** by the parties that this matter may be dismissed in its entirety with prejudice and without costs or attorneys' fees to any party.

**SO STIPULATED:**

Date: August 16, 2001

DORSEY & WHITNEY LLP

By [signature]
Matthew E. Klein (# 258957)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant Fortis Benefits Insurance Company

FILED SEP 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Date: 9-13, 2001

SKELLY & CAPISTRANT, P.A.

By ______________________
Joseph M. Capistrant (#187112)
1724 Selby Avenue
St. Paul, Minnesota 55104
Telephone: (651) 209-6300

Attorneys for Plaintiff Kevin Clasemann

**SO ORDERED:**

Dated: 9/21/2001

BY THE COURT:

______________________
Honorable John R. Tunheim
United States District Judge